IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


ROSE MIDDLEBROOK                                                    PLAINTIFF


VS.                                    CIVIL ACTION NO. 3:06cv228-HTW-JCS


NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY AND DEFENDANTS A-F                                      DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court at the joint request of the Plaintiff, Rose Middlebrook, and the Defendant, Nationwide Mutual Fire Insurance Company, for a judgment dismissing any and all of the Plaintiff's claims against the Defendant, Nationwide Mutual Fire Insurance Company.  The Court has been informed that any and all of the claims of Rose Middlebrook and A. Harry Middlebrook, Jr., against the Defendant, Nationwide Mutual Fire Insurance Company, have been fully compromised and settled by the payment to the Plaintiff, Rose Middlebrook, and A. Harry Middlebrook, Jr., of a sum of money satisfactory to them, and that there remain no issues whatsoever to be litigated as to the claims of Rose Middlebrook or A. Harry Middlebrook, Jr., against the Defendant, Nationwide Mutual Fire Insurance Company.

All parties have consented to the entry of this Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that this cause and any and all claims asserted herein against Nationwide Mutual Fire Insurance Company should be dismissed with prejudice.  Therefore, the Court finds that this cause and any and all claims asserted herein against Nationwide Mutual Fire Insurance Company should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause and any and all claims asserted herein against Nationwide Mutual Fire Insurance Company should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 30th day of May, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE


AGREED AND CONSENTED TO:


_____
F. KEITH BALL (MSB #8645)
ALLISON P. FRY (MSB #100725)
ATTORNEYS FOR NATIONWIDE MUTUAL
FIRE INSURANCE COMPANY


_____
WAYNE E. FERRELL, JR. (MSB #5182)
ATTORNEY FOR ROSE MIDDLEBROOK
AND A. HARRY MIDDLEBROOK, JR.


CIVIL ACTION NO. 3:06cv228-HTW-JCS
Final Judgment of Dismissal with Prejudice